## BANK OF HAWORTH et al. v. MARTIN.

No. 6956. Opinion Filed June 1, 1915.

Rehearing Denied October 19, 1915.

(151 Pac. 1167.)

**APPEAL AND ERROR—Case-Made—Service—Dismissal.** The party desiring to have a judgment or order reviewed by the Supreme Court must prepare and serve his case-made on the opposite party within the time prescribed by law after the judgment or order is entered; and, unless the case is served within that time, or within an extension of time allowed by the court or judge thereof within such time, the case will not be considered.

(Syllabus by the Court.)

*Error from District Court, McCurtain County;*
*Summers Hardy, Judge.*

Action by B. F. Martin against Bank of Haworth and others. Judgment for plaintiff, and defendants bring error. Dismissed.

*Gore, Hosey & Jones,* for plaintiffs in error.

*Armstrong & Etheridge,* for defendant in error.

KANE, C. J. This cause comes on to be heard upon a motion to dismiss filed by the defendant in error upon the ground that the case-made herein was not made and

served within the 15 days after final judgment was ren-
dered, allowed by statute, nor within an extension of time
thereafter granted by the trial court, or the judge thereof.
The motion to dismiss is accompanied by a showing,
which is not controverted, to the effect that the verdict
in said cause was rendered on the 8th day of September,
1913; that the motion for new trial was filed on the fol-
lowing day; that thereafter, on the 11th day of May,
1914, said motion for new trial was by the court overruled;
that thereafter, on the 11th day of June, 1914, the de-
fendant in error accepted service of case-made; that there
was no order made by the court or the judge thereof
extending the time in which to make and serve case-made,
and the same was not served within the 15 days allowed
by section 5242, Rev. Laws 1910.

The contention of the defendant in error is well
taken, and the motion to dismiss must be sustained. It is
well settled that the party desiring to have a judgment or
order reviewed by the Supreme Court must prepare and
serve his case-made on the opposite party within the time
prescribed by law after the judgment or order is entered;
and unless the case is served within that time, or within
an extension of time allowed by the court or judge thereof
within such time, the case will not be considered. *Fife
v. Cornelius et al.,* 35 Okla. 402, 124 Pac. 957.

For the reason stated, the motion to dismiss is sus-
tained.

All the Justices concur.